THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
   *v.* FRANK J. ALIVENTI and ARNOLD MANCINELLI, Appellants.

Submitted February 21, 1939; decided March 7, 1939.

*Fred M. Ahern* for Frank J. Aliventi, appellant.

*Henry V. Scardapane* for Arnold Mancinelli, appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.